**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANDRE SMITH-LOVEJOY, | ) | 3:12-cv-00213-ECR-WGC |
| Plaintiff, | ) | **Order** |
| vs. | ) | |
| ELDORADO HOTEL & CASINO; HOTEL MANAGER, | ) | |
| Defendants. | ) | |

On April 20, 2012, the Magistrate Judge filed a Report and Recommendation (#3) recommending that Plaintiff's Motion for Leave to Proceed in forma pauperis (#1) be denied and that Plaintiff's Complaint (#1-1) be dismissed with prejudice. No objections were filed.

The Magistrate Judge's Report and Recommendation is well taken and approved. Plaintiff's application indicates that he is able to afford the $350.00 filing fee, and, in any event, Plaintiff has proceeded to file the Complaint (#6). Accordingly, Plaintiff's Motion to Proceed in forma pauperis (#1) must be denied.

Furthermore, the Complaint must be dismissed with prejudice. A suit brought pursuant to 42 U.S.C. § 1983 can only be brought against a state actor, Wood v. Ostrader, 879 F.2d 583, 587 (9th Cir. 1989),

and section 1983 does not provide a cause of action for violations of state law. <u>Galen v. Cty. of Los Angeles</u>, 477 F.3d 652, 662 (9th Cir. 2007). Defendant is not a state actor, and Plaintiff does not allege a constitutional violation, but violations of state law. We also dismiss this suit with prejudice because we find that it is legally frivolous, as was Plaintiff's prior case that we dismissed as frivolous, <u>Smith-Lovejoy v. Physician's Mutual Insurance</u>, 3:12-cv-00011-ECR-VPC.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#3) is well taken and is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Proceed in forma pauperis (#1) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (#6) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motions (##3, 4) are **DENIED** as moot.

The Clerk shall enter judgment accordingly.

The Clerk shall not accept any further filings in this matter.

DATED: September 25, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

2